ORIGINAL

FILED

06/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0390

_____

RANDY LAEDEKE, DARLA PRENN, for
THE ESTATE OF LILA M. LAEDEKE,

    Plaintiffs and Appellants,

v.

BILLINGS CLINIC, and John Doe Defendants
unknown at this time,

    Defendants and Appellees.

_____

FILED

JUN 1 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Randy Laedeke has filed an unopposed two-day motion for extension of time within which to file his reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant Randy Laedeke has until June 16, 2022, within which to file his reply brief.

No further extensions will be granted.

DATED this 14 day of June, 2022.

For the Court,

_____
Chief Justice